**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kenneth Long, the surviving father of Cynthia Jo Johnson, on his own behalf, and as the Personal Representative of the Estate of Cynthia Jo Johnson, and as the guardian and/or next best friend of minors Christopher Dean Johnson, Sean McKnight, and Samantha McKnight,; Mary Jo Long, the surviving mother of Cynthia Jo Johnson, on her own behalf and as Guardian of Cherish Leighan Rogers; and Phillip and Shauna McKnight, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>Ford Motor Company; Continental Tire North America, Inc.; TRW Automotive U.S. LLC,<br><br>Defendants. | No. CV 07-2206-PHX-JAT<br><br>**ORDER** |

**IT IS ORDERED** that on February 4, 2008 at 11:15 a.m., Defendants shall appear and show cause why this case should not be remanded to state court. Specifically,

> Unincorporated enterprises are analogized to partnerships, which take the citizenship of every general and limited partner. *Carden v. Arkoma Associates*, 494 U.S. 185 (1990). ... [L]imited liability companies are citizens of every state of which any member is a citizen.

*Belleville Catering Co. v. Champaign Market Place, L.L.C.*, 350 F.3d 691, 692 (7th Cir. 2003); *see also Johnson v. Columbia Properties Anchorage,* 437 F.3d 894, 899 (9th Cir. 2006).

In this case, Defendant failed to allege the citizenship of every member of the Defendant limited liability company and, thus, failed to allege sufficient information to establish federal subject matter jurisdiction.

DATED this 8th day of January, 2008.

_____
James A. Teilborg
United States District Judge